# United States District Court

## Southern District of Indiana

Plaintiff

GAIL C. KYTTA

V

Defendant

DONALD J. TRUMP

FILED

SEP 1 4 2020

U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

PARTIES:

Plaintiff is a resident of the United States of America, 2513 Lakefront Dr.,

Evansville, IN

47715.

(812)-471-2989

Plaintiff is a private citizen. Plaintiff is a taxpayer.

Defendant:

Defendant is a resident of the United States of America, 1600 Pennsylvania Ave., Washington, D.C. 37188



(202) 456-1414. Defendant is an employee of the federal government. Defendant is allegedly a taxpayer.

JURISDICTION: Federal.

Demand for jury trial: Waived.

PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff comes now seeking preliminary injunctive relief against Donald J. Trump's (Trump) Registration of Candidacy for the 2020 Presidential Election of the United States of America under cover of law 508.060 Wanton Endangerment in the First Degree.

1. In late 2019/early 2020, the world suffered a pandemic of a novel coronavirus (COVID-19). On February 7, 2020, Defendant Trump spoke with President Xi of China regarding the coronavirus as it originated in China. At that time, he understood it to be at least 5 percent more lethal than even strenuous flu and was transmitted human-to-

3

human via respiratory airborne droplets. This was information the authorities in the U.S. had not yet received and was never shared by Trump. On the same day, February 7, 2020, Trump depleted our strategic stockpile of 18 tons of personal protective equipment (PPE; gowns, gloves, and masks)

2. In the ensuing 2-4 weeks, Trump spoke about the virus, however, downplayed the severity to be comparable to that of the regular flu. This downplaying was ongoing. In approximately late March, Authorities in the U.S. were informed of the mechanism of transmission. The virus spread rapidly in the U.S. as well as countless other countries around the world and the U.S. had only a very small amount left, which necessitated our medical professionals to reuse an intended 1-time-wear mask for as long as 4 to 5 days. There were also images of nurses having to wear plastic garbage bags as makeshift covergowns. Trump declared multiple times that President Barack Obama "left me an empty cubbard."

3. Over the months of April through September, the virus steadily raged and throughout that time, Trump insisted on giving conflicting parameters to the real parameters and vehemently disagreed with the doctors.

4. On or around September 3, 2020, Journalist Bob Woodward released portions of voice recordings he

collected while writing the book and we learned that Trump had, in fact, learned the information that the virus was 5 percent more lethal than the regular flu and that it was, in fact, transmitted via airborne respiratory droplets. This led us all to the realization of how long we went without that crucial information, yielding an unknown number of cases and deaths. At this time, Trump continues to disseminate false parameters and 2 days ago asked an employee of the Department of Health and Human Services to assist him in altering patient information to fit his desire that day.

5. The delay from February 7 to mid/late March unnecessarily rendered us vulnerable and that is inexcusable. Every man, woman, and child in the United States was potentially exposed as a result of Trump. He continues to defy state mitigation mandates and hold packed campaign rallies; no masking, no social distancing. It is absolutely to trust Trump at this point and this moral misappropriation is unforgivable. Trump's registration of candidacy should be enjoined and he should be compelled to stop campaigning.

An additional qualifying grievance was my observation that Trump used terms such as "lesser version," "second-class citizen,", loser, and I found a comment appended on Rule of Professional Conduct 8.4(5) which prohibits a lawyer from

*[signature]*   9-14-2020

Respectfully submitted under the Penalty of Perjury.

09-14-2020